IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARNOLD T. BACON                                                                                      PLAINTIFF

NO.  5:16-CV-5334

FABER AND BRAND, LLC.                                                                      DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 28th day of March, 2017, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK


BY:  /s/ R. Guerrero
          Deputy Clerk